IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JEAN-EWOLL JEAN-DENIS,
    Plaintiff,

vs.                                               Case No.: 3:19cv575/RV/EMT

MARK INCH,
    Defendant.
_____/

# **O R D E R**

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated December 9, 2019 (ECF No. 22). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of all timely filed objections.

Having considered the Report and Recommendation, and the timely filed objections thereto (doc. 23), I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Plaintiff's Motion for Temporary Restraining Order (ECF No. 19) is

    **DENIED**.

    **DONE AND ORDERED** this 6th day of January, 2020.

    /s/ *Roger Vinson*
    **ROGER VINSON**
    **SENIOR UNITED STATES DISTRICT JUDGE**