# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**JEAN-EWOLL JEAN-DENIS,**

    **Plaintiff,**

**vs.**                                                     **Case No. 3:19cv575-RV-MAF**

**MARK S. INCH,**

    **Defendant.**

_____/

## **O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Order and Report and Recommendation dated May 11, 2020. ECF No. 45. The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The defendant has filed an objection (ECF No. 46), which I have reviewed *de novo*.

Having considered the Report and Recommendation, and the objections, I have determined the Report and Recommendation is correct and is adopted as the Court's opinion.

Accordingly, it is **ORDERED:**

1.  The Magistrate Judge's Report and Recommendation, ECF No. 45, is adopted and incorporated by reference in this Order.

2.  Defendant must file an answer to the complaint within ten (10) days.

3.  This case is remanded to the Magistrate Judge for further proceedings.

**DONE AND ORDERED** this 4th day of June, 2020.

    /s/ Roger Vinson
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**