IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JEAN-EWOLL JEAN-DENIS,

    Plaintiff,

vs.                                           Case No. 3:19-CV-575-RV-MAF

MARK S. INCH,

    Defendant.
_____/

## **O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated March 16, 2021. ECF No. 97. The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. District courts are not required to conduct "any review at all . . . of any issue that is not the subject of an objection." Thomas v. Arn, 474 U.S. 140, 149-50 (1985).

Having considered the Report and Recommendation, I have determined the Report and Recommendation is correct and is adopted as the Court's opinion.

Accordingly, it is **ORDERED:**

1. The Magistrate Judge's Report and Recommendation, ECF No. 97, is adopted and incorporated by reference in this Order

2. The case is DISMISSED for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2) and all pending motions are denied as moot.

3. The Clerk of Court shall close the case and note on the docket that this case was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

**DONE AND ORDERED** this 3rd day of May, 2021.

/s/ Roger Vinson            /
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**